## UNITED STATES of America, Appellant, v. INTERSTATE TRANSIT LINES, a Corporation.

### No. 12835.

Circuit Court of Appeals, Eighth Circuit.

Sept. 18, 1944.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Joseph T. Votava, U. S. Atty., of Omaha, Neb., for appellant.

Nelson Trottman, of Chicago, Ill., T. F. Hamer, of Kearney, Neb., and Thomas W. Bockes, C. B. Matthai, and F. J. Melia, all of Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant and consent of appellee, without taxation of costs in favor of either of the parties in this Court.